BOLTON HALL et al., Appellants, *v.* THE UNITED STATES REFLECTOR COMPANY, Respondent.

(Argued January 29, 1884; decided February 8, 1884.)

*William B. Hornblower* for appellants.

*Edward P. Wilder* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed